**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899						FAX 212-964-2926

January 10, 2020

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Moses Roopwah
18 Cr. 601 (PGG)

Your Honor:

    I write request a three day extension of time for filing Mr. Roopwah's sentencing submission. Mr. Roopwah's sentence is scheduled for January 24, 2020. According to the Court's rules, which require submissions two weeks in advance, Mr. Roopwah's is due today. Other work obligations prevent me from doing so and I seek leave to file the submission on Monday, January 13, 2020.

    The government by Elizabeth Hanft, Esq., consents to this application. Therefore I request and extension of time to file Mr. Roopwah's sentencing submission until January 13, 2020.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____
HON. PAUL G. GARDEPHE

Jan. 13, 2020